■ In the Matter of ABRAHAM S. KALKIN, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Kupferman, J. P., Murphy, Tilzer, Lane and Nunez, JJ.

## (December 30, 1975)

■ · JOHN D. MURPHY, Agent of Realty Hotels, Inc., Respondent, v RELAXATION PLUS COMMODORE, LTD., Appellant.—Order, Appellate Term, First Department, entered on September 24, 1975, unanimously affirmed on the opinion at Appellate Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. No opinion. Concur—Markewich, J. P., Murphy, Capozzoli, Lane and Nunez, JJ.